IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK AUSTIN,<br><br>Defendant. | ORDER<br><br>Case No. 2:19-CR-93-TC |

Based on the discussion at the September 10, 2019 hearing regarding Mr. Austin's difficulty receiving appropriate medical care while detained, the court ORDERS that Mr. Austin be released indefinitely on medical furlough.  The court adds the following conditions of release: Mr. Austin must reside at his parents' house in Roosevelt, Utah, during the medical furlough and he may not drive.  The September 11, 2019 evidentiary hearing set for 2:00 p.m. (see Sept. 3, 2019 Minute Entry, ECF No. 553) is stricken.

SO ORDERED this 10th day of September, 2019.

BY THE COURT:

*/s/ Brooke C. Wells*

BROOKE WELLS
U.S. Magistrate Judge